B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

In re **Richard K Henderson**　　　　　　　　　　　　　Case No. **08-82849**
　　　**Susan J Henderson**

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **13**

*AMENDED 11/2/2008*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $38,600.00 | | |
| B - Personal Property | No | 5 | $4,761.00 | | |
| C - Property Claimed as Exempt | No | 3 | | | |
| D - Creditors Holding Secured Claims | No | 2 | | $29,150.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 2 | | $2,200.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 6 | | $45,779.45 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $4,497.25 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $4,210.00 |
| | TOTAL | 25 | $43,361.00 | $77,129.45 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

In re **Richard K Henderson**         Case No. **08-82849**
**Susan J Henderson**

Chapter **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$4,497.25** |
| Average Expenses (from Schedule J, Line 18) | **$4,210.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$4,590.00** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$19,350.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$2,200.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4. Total from Schedule F | | **$45,779.45** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$65,129.45** |

B6A (Official Form 6A) (12/07)

In re **Richard K Henderson**  Case No. **08-82849**
     **Susan J Henderson**
                                               (if known)

*AMENDED 11/2/2008*
# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 402 South Monroe, Lewistown IL 61542 Purchasing under contract for deed, Lot 1 of Block 6 of James Viet's Addtion to the City of Lewistown, Fulton County, Illinois | Contract Purchaser | J | $3,800.00 | $19,550.00 |
| 415 W Avenue C, Lewistown, IL 61542 Purchasing under contract for deed, Lot 5, Block 3 of James Viet's Addtion to the City of Lewistown, Fulton County, Illinois | Contract Purchaser | J | $20,000.00 | $4,800.00 |
| Morton Building transferred to Micki Henderson, as trustee for the benefit of Dwight Sheets on May 17, 2007, Lot 6, Block 6 of James Viet's Addtion to the City of Lewistown, Fulton County, Illinois | Fee Simple | J | $6,000.00 | $14,400.00 |
| Garage Purchasing under contract for deed, Lot 6, Block 3 of James Viet's Addtion to the City of Lewistown, Fulton County, Illinois | Contract Purchaser | J | $5,000.00 | $4,800.00 |
| 416 W. Avenue C, Lewistown IL 61542 transferred to Micki Henderson as trustee for Dwight Sheets on May 17, 2007. The West One Half of Lots Four and Five in Block Two in James Veits' (Veits') Addition to the Town, now City of Lewistown, Fulton County, Illinois | Fee Simple | J | $3,800.00 | $14,400.00 |
| | | Total: | **$38,600.00** | |

(Report also on Summary of Schedules)

B6G (Official Form 6G) (12/07)

In re **Richard K Henderson**　　　　　　　　　　　　　Case No.  **08-82849**
　　　**Susan J Henderson**　　　　　　　　　　　　　　　　　　　　　(if known)

## *AMENDED 11/2/2008*
## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **John and Curtis Malott**<br>614 W. Washington<br>Lewistown IL 61542 | Contract for deed for Lot 5, Block 3, Lot 6 Block 3 and Lot 1, Block 6 in Lewistown, dated January 5, 1984, purchase price $30,000, terms $3,000 down with payments of $200.00 per month, payoff $10,000<br>Contract to be ASSUMED |

B6I (Official Form 6I) (12/07)

In re **Richard K Henderson**               Case No. **08-82849**
     **Susan J Henderson**                                               (if known)

*AMENDED 11/2/2008*
# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse (# of additional employers: 1) |
|---|---|---|
| Occupation | Route Driver/Independent Contr | Inserter |
| Name of Employer | Gazzardo Enterprises Inc | Gatehouse Media Inc/ The Daily Ledger |
| How Long Employed | 10 years | 10 years |
| Address of Employer | 1432 East Jackson St<br>Macomb IL 61455-2573 | 350 Willowbrook Office Park<br>Fairport NY 14450 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---:|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $667.33 |
| 2. Estimate monthly overtime | $0.00 | $0.00 |
| 3. SUBTOTAL | **$0.00** | **$667.33** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $60.67 |
|    b. Social Security Tax | $0.00 | $32.50 |
|    c. Medicare | $0.00 | $17.33 |
|    d. Insurance | $0.00 | $0.00 |
|    e. Union dues | $0.00 | $0.00 |
|    f. Retirement      / Voluntary | $0.00 | $33.58 |
|    g. Other (Specify) | $0.00 | $0.00 |
|    h. Other (Specify) | $0.00 | $0.00 |
|    i. Other (Specify) | $0.00 | $0.00 |
|    j. Other (Specify) | $0.00 | $0.00 |
|    k. Other (Specify) | $0.00 | $0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$144.08** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | **$523.25** |
| 7. Regular income from operation of business or profession or farm (Attach detailed stmt) | $3,302.00 | $672.00 |
| 8. Income from real property | $0.00 | $0.00 |
| 9. Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
|    a. | $0.00 | $0.00 |
|    b. | $0.00 | $0.00 |
|    c. | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$3,302.00** | **$672.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$3,302.00** | **$1,195.25** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$4,497.25** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6I (Official Form 6I) (12/07)

In re **Richard K Henderson**                                        Case No. **08-82849**
       **Susan J Henderson**                                      (if known)

*AMENDED 11/2/2008*
## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
*Continuation Sheet No. 1*

**Additional Employment**

| **Employment** | **Debtor** | **Spouse** |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | | Route Driver/Independent Contractor<br>Gatehouse Media Illinois<br>10 years<br>1101 W 31st Street Suite 260<br><br>Downers Grove IL 60515 |
| **Employment** | **Debtor** | **Spouse** |
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | | |

B6J (Official Form 6J) (12/07)

IN RE:  **Richard K Henderson**                                Case No.  **08-82849**
        **Susan J Henderson**
                                                                        (if known)

*AMENDED 11/2/2008*

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>   a. Are real estate taxes included?  ☒ Yes  ☐ No<br>   b. Is property insurance included?  ☐ Yes  ☒ No | $250.00 |
| 2. Utilities:  a. Electricity and heating fuel<br>              b. Water and sewer<br>              c. Telephone<br>              d. Other:  Cable | $320.00<br>$80.00<br>$120.00<br>$120.00 |
| 3. Home maintenance (repairs and upkeep)<br>4. Food<br>5. Clothing<br>6. Laundry and dry cleaning<br>7. Medical and dental expenses<br>8. Transportation (not including car payments)<br>9. Recreation, clubs and entertainment, newspapers, magazines, etc.<br>10. Charitable contributions | $100.00<br>$400.00<br>$50.00<br>$10.00<br>$100.00<br>$105.00<br>$100.00<br> |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>          a. Homeowner's or renter's<br>          b. Life<br>          c. Health<br>          d. Auto<br>          e. Other: | <br><br><br><br>$135.00<br> |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>          a. Auto:<br>          b. Other:<br>          c. Other:<br>          d. Other: | |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other:<br>17.b. Other: | <br><br>$2,320.00<br> |
| **18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$4,210.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME<br>a. Average monthly income from Line 15 of Schedule I<br>b. Average monthly expenses from Line 18 above<br>c. Monthly net income (a. minus b.) | <br>$4,497.25<br>$4,210.00<br>$287.25 |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

IN RE:  **Richard K Henderson**　　　　　　　　　　　　　CASE NO  **08-82849**
　　　　**Susan J Henderson**

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER  **13**

*AMENDED 11/2/2008*
**EXHIBIT TO SCHEDULE J**

## Itemized Business Expenses
**Independent contractor, Gazzardo Enterprises**

| Expense | Category | Amount |
|---|---|---|
| gasoline | Gasoline | $1,500.00 |
| license | Transportation | $10.00 |
| maintenance/repairs | Transportation | $120.00 |
| | **Total >** | **$1,630.00** |

## Itemized Business Expenses
**Independent contractor, route driver, The Daily Ledger672**

| Expense | Category | Amount |
|---|---|---|
| gasoline | Gasoline | $600.00 |
| license | Transportation | $10.00 |
| maintenance/repairs | Transportation | $80.00 |
| | **Total >** | **$690.00** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Richard K Henderson**  Case No. **08-82849**
    **Susan J Henderson**                                                                                         (if known)

## *AMENDED 11/2/2008*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **8**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **11/02/2008**                          Signature **/s/ Richard K Henderson**
                                                                      *Richard K Henderson*

Date **11/02/2008**                          Signature **/s/ Susan J Henderson**
                                                                      *Susan J Henderson*
                                                                      [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

IN RE:
**Richard K Henderson**
**Susan J Henderson**

Case No. __**08-82849**__

Debtor(s)

Chapter __**13**__

# DECLARATION FOR ELECTRONIC FILING OF AMENDED PETITION, ORIGINAL/AMENDED BANKRUPTCY STATEMENTS AND SCHEDULES, AND/OR AMENDED MASTER MAILING LIST (MATRIX)

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company named as the debtor in this case, I HEREBY DECLARE UNDER PENALTY OF PERJURY that I have read

☑ the original statements and schedules to be filed electronically in this case:
Schedule B; Schedule C; Schedule F; Schedule G; Schedule H; Statement of Financial Affairs; Statement of Intent; Notice to Individual Debtors; Attorney Disclosure (2016(b))

☐ the voluntary petition as amended on _____ and to be filed electronically in this case

☑ the statements and schedules as amended on __**11/2/2008**__ and to be filed electronically in this case:
Schedule A; Schedule D; Schedule E; Schedule G; Schedule I; Schedule J; Declaration of Schedules

☑ the master mailing list (matrix) as amended on __**11/2/2008**__ and to be filed electronically in this case

and that the information provided therein is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after such statements, schedules, and/or amended petition or matrix have been filed electronically. I understand that a failure to file the signed original of this Declaration as to any original statments and schedules will result in the dismissal of my case and that, as to any amended petition, statement, schedule or matrix, such failure may result in the striking of the amendment(s).

☐ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the statements, schedules, and/or amended petition or amended matrix on behalf of the debtor in this case.

Date: __**11/02/2008**__    **/s/ Richard K Henderson**    **/s/ Susan J Henderson**
Richard K Henderson    Susan J Henderson
Debtor    Joint Debtor