# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | |
| ) | |
| HENDERSON, Richard K. and Susan J.,  ) | Case Number 08-82849 |
| ) | (Chapter 13) |
| ) | |
| Debtors.  ) | |

## **OBJECTION TO CONFIRMATION OF DEBTORS' AMENDED CHAPTER 13 PLAN**

NOW COMES CREDITOR, CITY OF LEWISTOWN, an Illinois Municipal Corporation, by its attorney, CHARLES E. COVEY, and objects to the confirmation of debtors' amended chapter 13 plan filed on December 5, 2008. In support of this objection, City of Lewistown states as follows:

1. Debtors filed a voluntary petition under chapter 13 of the Bankruptcy Code on October 21, 2008. On December 5, 2008, debtors filed an amended chapter 13 plan. Both the bankruptcy case and the amended plan are filed in bad faith.

2. The debtors deeded Tracts 3 and 5 set forth in Schedule A to Micki Sue Henderson on May 17, 2007.

3. Tract 3 is described in Schedule A as a "Morton Building" in "Lot 6, Block 6 of James Viet's Addtion (sic) to the City of Lewistown, Fulton County, Illinois."

4. Tract 5 is described in Schedule A as 416 W. Avenue C, Lewistown, Illinois, and legally described in Schedule A as "The West One Half of Lots Four and Five in Block Two in James Veit's (sic) (Veits') (sic) Addition to the Town, now City of Lewistown, Fulton County, Illinois."

     5.     These two (2) tracts are not property of the bankruptcy estate and should not be listed in Schedule A. Further, debtors failed to disclose the transfers of real estate in their Statement of Financial Affairs. These errors and misstatements are material and render the filing of this case as bad faith.

     6.     In Schedule A, debtors value Tract 1 at $1,200.00, Tract 2 at $20,000.00 and Tract 4 at $5,000.00.

     7.     The City of Lewistown is fully secured and as of July 16, 2008, it was owed approximately $20,000.00. In addition, interest, attorney's fees and costs continue to accrue.

     8.     However, in debtors' amended chapter 13 plan, the City of Lewistown is not being treated as a fully secured creditor. Because of this, the amended plan violates § 1325(a)(5)(B) of the Bankruptcy Code.

WHEREFORE, the City of Lewistown prays for the following relief:

     A.     That this court enter an order denying confirmation of the debtors' amended chapter 13 plan.

     B.     That this court grant such other relief as it deems just and proper.

                                                            City of Lewistown

                                        By:    /s/ Charles E. Covey
                                                    Its Attorney

## **PROOF OF SERVICE**

I, the undersigned, hereby certify that I mailed a copy of the above document to the following by first-class mail, postage pre-paid, on the 12th day of February, 2007:

Richard K. and Susan J. Henderson, 415 W. Avenue C, Lewistown, Illinois 61542

A copy of this pleading is being electronically served on the chapter 13 trustee, Michael D. Clark, and the debtors' attorney, William Ebert, by the Bankruptcy Court.

                                                      /s/ Charles E. Covey
                                             Charles E. Covey, Attorney

Mr. Charles E. Covey
Attorney at Law
416 Main Street, Suite 700
Commerce Bank Building
Peoria, Illinois   61602-1180
Telephone:   (309)674-8125